504

TED MIERLAK, Plaintiff-Appellee, *v.* VITO PIZZO *et al.*, Defendants-Appellants.

(No. 56705;

First District (5th Division)—December 29, 1972.

PER CURIAM.

William R. Dunn, Will Gierach, and John C. Stambulis, all of Oak Lawn, for appellants.

R. S. Maione, of Oak Park, for appellee.